No. 559. REPUBLIC AVIATION CORP. ET AL. *v.* LOWE, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION, ET AL. C. C. A. 2d. Certiorari denied. *John P. Smith* and *Albert P. Thill* for petitioners. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney* and *Alvin O. West* for Lowe, Deputy Commissioner, respondent.

No. 567. MOUNTAIN STATES FEDERATION OF TELEPHONE WORKERS ET AL. *v.* MOUNTAIN STATES TELEPHONE & TELEGRAPH Co. Court of Civil Appeals of Texas. Certiorari denied. *Leo Jaffe* for petitioners. *Elmer L. Brock* for respondent.

No. 568. LASSITER *v.* POWELL ET AL. C. C. A. 4th. Certiorari denied. *Murray Allen* for petitioner. *Clyde A. Douglass* and *B. S. Royster, Jr.* for respondents.

No. 572. PRUDENCE REALIZATION CORP. *v.* EDDY ET AL. C. C. A. 2d. Certiorari denied. *Irving L. Schanzer* for petitioner. *Samuel Silbiger* for Eddy; *Frank L. Weil* for White et al.; *James F. Dealy* and *Edward L. Friedman, Jr.* for the Reconstruction Finance Corporation; *Charles M. McCarty* and *Geo. C. Wildermuth* for the Prudence-Bonds Corporation et al.; and *Joseph Nemerov* for Reese et al., respondents.

No. 573. GRIMES *v.* CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia. Certiorari denied. *Arthur G. Lambert* and *George L. Hart, Jr.* for petitioner.

No. 483. HART *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se.* *Solicitor General*